# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JEHOVAH JAHWEH JULMICE,**
**a/k/a JAHWEH JEHOVAH**
**YAHSHUA JULMICE, a/k/a**
**LEOPOLD JULMICE,**

     *Plaintiff,*

v.                                              Case No.: 4:20cv475-MW/MAF

**DONALD JOSEPH TRUMP,**
**et al.,**

     *Defendants.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6. Upon consideration, no objections[1] having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** for

---

[1] Simultaneous with this Order, this Court is granting a fifth extension of time for a different *pro se* party to file objections in a different case. This Court is mindful of COVID-19 and the limitations the pandemic has placed on parties. Accordingly, parties may file one-page requests for extension for good cause—indeed, this Court receives and grants such requests daily. But Plaintiff did not request an extension to file objections here, or otherwise respond to the Magistrate Judge's orders from October 2, 2020, ECF No. 3, and October 20, 2020, ECF No. 4.

failure to prosecute and failure to comply with a court order." The Clerk shall close the file.

    **SO ORDERED on December 9, 2020.**

                                               <u>s/Mark E. Walker</u>
                                               **Chief United States District Judge**